**1**

**J. W. JACOBY, Trustee of the Studebaker-Wulff Rubber Company, v. George N. GRAHAM and the Wadsworth Savings & Trust Company, as Trustee.**

Circuit Court of Appeals, Sixth Circuit. January 14, 1927.

No. 4697.

Appeal from the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Mouser, Young & Mouser, of Marion, Ohio, for appellant.

Burch, Bacon & Denlinger, of Akron, Ohio, and Frank Spellman, of Medina, Ohio, for appellees.

PER CURIAM. Order of District Court affirmed, on authority of Pflueger v. Lewis Foundry & Machine Co. (C. C. A.) 134 F. 28, and on the opinion of the trial judge.

---

**2**

**International Elevating Company, Libelant-Appellee, v. Steam Tug JOHN J. TIMMINS, Edward M. Timmins, Claimant-Appellant; Steam Tug AMY E. KELLER, Hudson Towboat Company, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit. May 16, 1927.

No. 332.

Appeal from the District Court of the United States for the Southern District of New York.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and C. B. Manley O'Kelley, both of New York City, of counsel), for appellant.

Harison & Hewitt, of New York City (William Harison, of New York City, of counsel), for libelant appellee.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for claimant appellee.

Before MANTON and L. HAND, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree affirmed, with costs.

---

**3**

**J. P. DEVINE COMPANY, Plaintiff in Error, v. BISHOPRIC & LENT COMPANY, Defendant in Error.**

Circuit Court of Appeals, Second Circuit. May 2, 1927.

No. 299.

In Error to the District Court of the United States for the Western District of New York.

Kenefick, Cooke, Mitchell & Bass, of Buffalo, N. Y. (Lyman M. Bass, of Buffalo, N. Y., of counsel), for plaintiff in error.

Williams & Williams, of Buffalo, N. Y., for defendant in error.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Judgment affirmed, with costs.

---

**4**

**LACLEDE-CHRISTY CLAY PRODUCTS COMPANY v. TOLEDO PLASTER & SUPPLY COMPANY.**

Circuit Court of Appeals, Sixth Circuit. January 14, 1927.

No. 4664.

In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

Fraser, Hiett, Wall & Effler of Toledo, Ohio, and McDonald & Just, of St. Louis, Mo., for plaintiff in error.

Warren J. Duffey and George C. Bryce, both of Toledo, Ohio, for defendant in error.

PER CURIAM. Judgment of District Court affirmed.

---

**5**

**Morris LAVINE v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

No. 4821.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Mooney, McCormack, Roth & Pollack, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Judgment of District Court affirmed.